IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC  §<br>§<br>Plaintiff,  §<br>§<br>vs.  §<br>§<br>ADAMS EXTRACT  §<br>§<br>Defendants.  §<br>_____ §<br>§<br>SYMBOLOGY INNOVATIONS, LLC  §<br>§<br>Plaintiff,  §<br>§<br>vs.  §<br>§<br>JETBLUE CORPORATION  §<br>§<br>Defendants.  §<br>_____ § | Case No: 2:15-cv-01169-JRG-RSP<br><br>LEAD CASE<br><br><br><br><br><br><br><br>Case No: 2:15-cv-01177-JRG-RSP<br><br>CONSOLIDATED CASE | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On this day, the Court considered Plaintiff Symbology Innovations, LLC's motion to dismiss without prejudice, in the lawsuit between Plaintiff Symbology Innovations, LLC and Defendant JetBlue Corporation. Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby GRANTED.

Therefore, IT IS ORDERED that all claims asserted by Symbology Innovations, LLC against JetBlue Corporation and any counterclaims or other claims that JetBlue Corporation may have are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, attorneys' fees and other litigation expenses.

**SIGNED this 16th day of February, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE